**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:
Marie Pluviose                                             Case No: 6:20-bk-00213-LVV
                                                           Chapter: 13

        Debtor(s).
_____/

**DEBTOR'S NOTICE OF CONVERSION FROM**
**CHAPTER 13 TO CHAPTER 7**

COMES NOW the Debtor, MARIE PLUVIOSE, by and through the undersigned counsel files this Notice of Conversion and in support states as follows:

1.  Debtor gives notice of the conversion of the above entitled case from a case under Chapter 13 to a case under Chapter 7.

WHEREFORE, Debtor requests this Court enter its Order converting this case to one under Chapter 7, and such other relief that may be deemed just and proper in circumstances.

By: /s/ Justin R. Clark
Justin R. Clark, Esq.
Florida Bar No. 829471
Justin Clark & Associates, PLLC
Attorney for Debtor
500 Winderley Place, Unit 100
Maitland, FL 32751
Tel: 321-282-1055
Fax: 321-282-1051
Email: jclark@youhavepower.com

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail to Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790; Debtor Marie Pluviose, and to All Creditors and Interested Parties, this 10th day of August, 2020.

By: /s/ Justin R. Clark
Justin R. Clark, Esq.
Florida Bar No. 829471
Justin Clark & Associates, PLLC
Attorney for Debtor
500 Winderley Place, Unit 100
Maitland, FL 32751
Tel: 321-282-1055
Fax: 321-282-1051
Email: jclark@youhavepower.com

```
Label Matrix for local noticing          Carrington Mortgage Services, LLC        LVNV Funding LLC
113A-6                                   Greenspoon Marder LLP                    Resurgent Capital Services
Case 6:20-bk-00213-LVV                   C/O Shirley Palumbo, Esq.                PO Box 10587
Middle District of Florida               City Place                               Greenville, SC 29603-0587
Orlando                                  525 Okeechobee Blvd., Suite 900
Mon Aug 10 08:50:17 EDT 2020             West Palm Beach, FL 33401-6306

Lake Johio Waterside HOA                 Marie Edna Pluviose                      AdventHealth Orlando
c/o JC FULLER PA                         2727 Cullens Court                       c/o Medical Services
1700 N MAITLAND AVENUE                   Ocoee, FL 34761-9112                     PO Box 24013
MAITLAND, FL 32751-3321                                                           Chattanooga, TN 37422-4013


CVI SGP-CO Acquisition Trust             Capital One                              Capital One Bank (USA), N.A.
c/o Resurgent Capital Services           Attn: Bankruptcy                         by American InfoSource as agent
PO Box 10587                             Po Box 30285                             PO Box 71083
Greenville, SC 29603-0587                Salt Lake City, UT 84130-0285            Charlotte, NC  28272-1083


Carrington Mortgage Serv                 Carrington Mortgage Services, LLC        Credit One Bank
C/O Greenspoon Marder LLP                1600 South Douglass Rd.                  Attn: Bankruptcy Department
100 W Cypress Creek Rd                   Anaheim, CA 92806-5951                   Po Box 98873
Trade Ctr S, Ste 700                                                              Las Vegas, NV 89193-8873
Fort Lauderdale, FL 33309-2195


First PREMIER Bank                       Florida Department of Revenue            Genesis Bc/Celtic Bank
Attn: Bankruptcy                         Bankruptcy Unit                          Attn: Bankruptcy
Po Box 5524                              Post Office Box 6668                     Po Box 4477
Sioux Falls, SD 57117-5524               Tallahassee FL 32314-6668                Beaverton, OR 97076-4401


Genesis FS Card/Kay Jewelers             Internal Revenue Service                 Joanise Rossier
Attn: Bankruptcy                         PO BOX 7346                              4416 Beagle St
Po Box 4477                              Philadelphia, PA 19101-7346              Orlando, FL 32818-8253
Beaverton, OR 97076-4401


Lake Joiho HOA                           Naviet                                   Orange County Tax Collector
C/O Joyce Fuller, PA                     Attn: Claims Dept                        PO Box 545100
1700 N Maitland Ave                      Po Box 9500                              Orlando FL 32854-5100
Maitland, FL 32751-3321                  Wilkes-Barr, PA 18773-9500


Premier Bankcard, Llc                    United Consumer Financial Services       Laurie K Weatherford +
Jefferson Capital Systems LLC Assignee   Attn: Bankruptcy                         Post Office Box 3450
Po Box 7999                              865 Bassett Rd                           Winter Park, FL 32790-3450
Saint Cloud Mn 56302-7999                Westlake, OH 44145-1194


United States Trustee - ORL7/13 7+       Joyce C Fuller +                         Justin R Clark +
Office of the United States Trustee      J C Fuller PA                            Attorneys Justin Clark & Associates PLLC
George C Young Federal Building          1700 N Maitland Avenue                   500 Winderley Place, Suite 100
400 West Washington Street, Suite 1100   Maitland, FL 32751-3321                  Maitland, FL 32751-7406
Orlando, FL 32801-2210


Shirley R Palumbo +                      Julian Theodore Cotton +                 Lori V. Vaughan +
Greenspoon Marder Law                    Padgett Law Group                        Orlando
City Place                               6267 Old Water Oak Road, Suite 203       , FL
525 Okeechobee Boulevard, Suite 900      Tallahassee, FL 32312-3858
West Palm Beach, FL 33401-6306
```

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | (d)LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | End of Label Matrix<br>Mailable recipients    30<br>Bypassed recipients     2<br>Total                  32 |