B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Marie Edna Pluviose**  
Debtor(s)

Case No.  **6:20-bk-00213**  
Chapter  **7**

## AMENDED
## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 2,978.66 |
   | Prior to the filing of this statement I have received | $ 2,978.66 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Total fees charged to client include $2,978.66 for Chapter 7 and loan modification Attorneys Fees, $335 for Court Filing Fees, $33 Credit Report Fee, and $40 for DMM Portal Cost for document exchange with the bank. Attorney's Fees charged include negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 12, 2020  
*Date*

Justin Clark 829471  
*Signature of Attorney*  
Attorneys Justin Clark & Associates PLLC  
500 Winderley Place  
Unit 100  
Maitland, FL 32751  
3212821055  Fax: 3212821051  
*Name of law firm*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:
Marie Pluviose                                                                  Case No: 6:20-bk-00213-KJ
                                                                                            Chapter: 7

      Debtor(s).
_____/

**CERTIFICATE OF SERVICE FOR AMENDED DISCLOSURE OF COMPENSATION**

      COMES NOW, the undersigned counsel hereby certifies that true and correct copies of the subsequent Chapter 7 Amended Disclosure of Attorney Compensation have been furnished by regular U.S. Mail or electronically via ECF to Trustee Arvind Mahendru, 5703 Red Bug Lake Road, Suite 284, Winter Springs, FL 32708; United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801, Debtor Marie Pluviose; this 12th day of August, 2020.

      By: /s/ Justin R. Clark
      Justin R. Clark, Esq.
      Florida Bar No. 829471
      Justin Clark & Associates, PLLC
      Attorney for Debtor
      500 Winderley Place, Unit 100
      Maitland, FL 32751
      Tel: 321-282-1055
      Fax: 321-282-1051
      Email: jclark@youhavepower.com